IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAERSK LINE, )<br>agent of Safmarine, Inc., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRODUCT MARKETING CONCEPTS, INC., )<br>Defendant. ) | Civil Action No. 1:08cv945 |

## JUDGMENT ORDER

Upon consideration of the May 8, 2009, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and based upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the May 8, 2009, Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant in the total amount of $17,685.90.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended cases.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendant and all counsel of record.

Alexandria, VA
May 27, 2009

/s/
T. S. Ellis, III
United States District Judge